|   |   |
|---|---|
| | Hon. Richard A. Jones |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD W. WILSON, <br><br> Defendants. | No. CR09-0232 RAJ <br><br> ORDER DENYING DEFENDANT RICHARD WILSON'S MOTION FOR LEAVE TO TRAVEL |

THIS MATTER has come before the Court on Defendant Richard Wilson's Motion for Leave to Travel for the Holiday Weekend. The Court, having considered the pleadings and files herein, finds as follows:

First, Defendant Wilson's motion is untimely. The motion was filed at approximately 4:30 p.m. on Friday, December 18, 2009. Pursuant to the local criminal rules, the earliest the motion could be noted was Friday, January 1, 2010, well beyond the time for which Defendant Wilson is requesting he be allowed to travel. Counsel offers no explanation for why the motion was not filed in a timely fashion.

Notwithstanding the above, in light of the nature and circumstances of the allegations contained in the Complaint and in light of the information contained in the Pretrial Services report dated June 16, 2009, it is ORDERED that Defendant Richard Wilson's Motion for Leave to Travel (Dkt. #109) is DENIED.

IT IS SO ORDERED.

DATED this 21st day of December, 2009.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge